**Garnet MORSE, Appellant,**

v.

**Donna E. SHALALA, Secretary of Health and Human Services of the United States, Appellee.**

**No. 93–1016.**

United States Court of Appeals, Eighth Circuit.

May 26, 1994.

The Court's order of April 5, 1994, granting rehearing en banc is vacated.

---

* The HONORABLE BRUCE M. VAN SICKLE, Senior United States District Judge for the District of North Dakota, sitting by designation.